IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON WILLIAMS )
)
    v. ) 1:23CV325
)
STATE OF NORTH CAROLINA, )
et al.,

## JUDGMENT

On October 18, 2023, the United States Magistrate Judge's Memorandum Opinion, Recommendation, and Order was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief can be granted and seeking relief from immune defendants.

                                            /s/   Thomas D. Schroeder
                                     United States District Judge

December 4, 2023